**Clarence B. JENKINS, Jr.,**
**Plaintiff-Appellant,**

v.

**SOUTH CAROLINA HUMAN AFFAIRS COMMISSION,**
**Defendant-Appellee.**

**No. 17-2162**

United States Court of Appeals, Fourth Circuit.

Submitted: November 21, 2017

Decided: November 27, 2017

---

\* We have reviewed the claims in Brooks' pro se supplemental brief and conclude that they do not entitle him to relief.

Clarence B. Jenkins, Jr., Appellant Pro Se. Eugene Matthews, RICHARDSON PLOWDEN, Columbia, South Carolina, for Appellee.

Before WYNN and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clarence B. Jenkins, Jr., appeals the district court's order accepting the recommendation of the magistrate judge, dismissing Jenkins' 42 U.S.C. § 1983 (2012) claims, declining to exercise supplemental jurisdiction over the remaining state law claims, and remanding the remaining claims back to state court. *See* 28 U.S.C. § 1367(c) (2012). Jenkins' objections were sufficient to preserve appellate review but we nonetheless affirm on the merits. *Jenkins v. S.C. Human Affairs Comm'n*, No. 3:16-cv-03255-TLW, 2017 WL 4012454 (D.S.C. Sept. 12, 2017). We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*